IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| STACY L. HAWKINS, | ) | CASE NO. 09-47528 |
| | ) | |
| DEBTOR. | ) | JUDGE CASSLING |
| | ) | HEARING DATE: 4/12/13 |
| | ) | 9:30 AM |

## NOTICE OF MOTION

TO: See Service List

**PLEASE TAKE NOTICE** that on April 12, 2013, at the hour of 9:30 A.M., we shall appear before the Honorable Donald R. Cassling, U.S. Bankruptcy Judge, in Courtroom 4016 at the DuPage County Courthouse, 505 North County Farm Road, Wheaton, IL 60187, or any other judge sitting in her place and stead, and then and there present the Trustee's Application For Approval of Final Compensation to Special Counsel Renee T. Vogt, a copy of which is hereby served upon you.

*AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD*

David R. Brown
ARDC. No. 3122323
Springer, Brown, Covey, Gaertner & Davis, L.L.C.
400 South County Farm Road
Suite 330
Wheaton, IL 60187

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing was served upon the parties listed on the Service List either by ECF service or by depositing a copy thereof in the United States Mail, first class postage prepaid, on or before March 19, 2013.

/s/ David R. Brown /s/
_____

## SERVICE LIST

| **Email (ECF) Service:** | **Representing:** |
|---|---|
| Patrick S. Layng, Esq.<br>USTPRegion11.ES.ECF@usdoj.gov | United States Trustee |
| Yan Teytelman, Esq.<br>Law Offices of Ernestro D. Borges, Jr.<br>BillBusters@ClientInc.com | Debtor |

**Mail Service:**

| | |
|---|---|
| Stacy L. Hawkins<br>18 W 124 14th Street<br>Villa Park, IL 60181 | Debtor |
| Renee T. Vogt, Esq.<br>134 N. LaSalle Street<br>Suite 1010<br>Chicago, IL 60602 | Special Counsel |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| STACY L. HAWKINS, | ) | CASE NO. 09-47528 |
| | ) | |
| DEBTOR. | ) | JUDGE CASSLING |
| | ) | HEARING DATE:  4/12/13 |
| | ) | 9:00 AM |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

Name of Applicant: RENEE T. VOGT

Authorized to provide
Professional services to: TRUSTEE

Date of Order Authorizing Employment: JULY 2, 2010

Period for which
Compensation is sought: JULY 2, 2010 – SEPTEMBER 9, 2011

Amount of fees sought: $7,352.33
Amount of expense
Reimbursement sought: $ 425.00

This is an:    Interim Application _____       Final Application __X__

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $9,194.62.

Applicant:
RENEE T. VOGT

Dated: March 19, 2013      By: /s/ David R. Brown /s/
                                Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| STACY L. HAWKINS, | ) | CASE NO. 09-47528 |
| | ) | |
| DEBTOR. | ) | JUDGE CASSLING |
| | ) | HEARING DATE:  4/12/13 |
| | ) | 9:00 AM |

APPLICATION OF TRUSTEE FOR APPROVAL OF
FINAL COMPENSATION AND EXPENSE REIMBURSEMENT TO SPECIAL
COUNSEL RENEE T. VOGT

NOW COMES David R. Brown (hereinafter "Trustee"), trustee for Stacy L. Hawkins, by his attorneys, Springer, Brown, Covey, Gaertner and Davis, LLC, and hereby moves this Court pursuant to Sections 330(a)(1) and 331 of the United States Bankruptcy Code (hereinafter the "Code"), 11 U.S.C. §§101 *et seq.*, for entry of an order approving interim compensation to his accountants, Renee T. Vogt, and in support of this Motion, respectfully submits as follows:

1. Stacy L. Hawkins commenced this case on February 16, 2009, by filing her Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq.*

2. Applicant is the duly appointed and qualified trustee herein.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

4. This request for relief is predicated on Section 330(a)(1) of the Bankruptcy Code.

5. One of the scheduled assets in this case was a pending personal injury suit arising out of an automobile accident, being handled by Renee T. Vogt as counsel for Hawkins.

6. There were two aspects to the suit – a claim against the driver and her insurance company, and a suit against Hawkins' own insurance company based on the underinsured motorist provisions of her policy.

7. On March 26, 2010, this Court entered an Order authorizing Trustee to retain Renee T. Vogt for this estate, on the basis of a 1/3 contingency fee plus expenses.

8. The claim against the driver and her insurance company was resolved for the $18,000. Those funds were distributed as follows:

    a. Renee T. Vogt attorney fees of $6,000 and litigation expenses of $3,194.62;

    b. Advance Physical Medicine physician lien of $2,905.35;

    c. United Rehab Providers lien of $1,980.00;

    d. Good Samaritan Hospital lien of $866.92;

    e. Maywood Fire Department lien of $310.94;

    d. Stacy Hawkins exemption of $2,742.17.

No funds from this portion of the litigation were ever received by this estate.

9. The underinsured motorist claim was arbitrated and the Debtor was awarded a recovery in the amount of $22,057.00.

10. In prosecuting the claims, Vogt performed necessary and valuable services on behalf of this estate, which services resulted in a total recovery of $40,057.00.

11. Based upon the nature, extent and value of the services performed by Vogt and the cost of comparable services other than in a case under this Title, reasonable compensation for such services is $13,352.33 and reasonable expense reimbursement is $3,619.62. Vogt has already received $6,000 in fees and $3,194.62, leaving an unpaid balance of $7,352.33 in fees

and $425 in expenses. Trustee therefore believes that Vogt should be awarded compensation and expense reimbursement in said amounts for the services rendered by her in this case.

12.  A true copy of a letter dated March 12, 2013, to Trustee from Vogt setting forth a general description of attorney time expended and costs incurred is attached hereto as Exhibit 1 and incorporated herein. A redacted copy of a letter from Vogt to Trustee dated March 18, 2013, setting forth a breakdown of expenses is attached hereto as Exhibit 2 and incorporated herein.

**WHEREFORE** Applicant prays that final compensation to Renee T. Vogt in the amount of $13,352.33 and expense reimbursement of $3,619.62 be approved, that Trustee be authorized to pay the unpaid balance of said compensation and expense reimbursement as an administrative expense, and for such other relief as this Court deems just.

Respectfully submitted:
DAVID R. BROWN, TRUSTEE
/s/ David R. Brown /s/
By:_____
One of his Attorneys

David R. Brown, Atty. No. 3122323
Springer, Brown, Covey, Gaertner & Davis, L.L.C.
400 South County Farm Road, Suite 330
Wheaton, IL 60187
Phone (630) 510-0000
Fax (630) 510-0004
Email: dbrown@springerbrown.com