UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| STACY L HAWKINS | § | Case No. 09-47528 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 6/28/13 in Courtroom 4016,

DuPage County Courthouse
505 North County Farm Road
Wheaton, Illinois 60187

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____        By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
WHEATON, IL 60187

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STACY L HAWKINS | § | Case No. 09-47528 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 22,557.00 |
| and approved disbursements of | $ | 7,812.27 |
| leaving a balance on hand of[1] | $ | 14,744.73 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID R. BROWN | $ 2,809.17 | $ 0.00 | $ 2,809.17 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 3,073.50 | $ 0.00 | $ 3,073.50 |
| Other: RENEE T. VOGT | $ 7,352.33 | $ 7,352.33 | $ 0.00 |
| Other: RENEE T. VOGT | $ 425.00 | $ 425.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 5,882.67 |
| Remaining Balance | $ 8,862.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,821.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | US DEPT OF EDUCATION | $ 5,419.10 | $ 0.00 | $ 5,419.10 |
| 1 | GE CAPITAL RETAIL BANK | $ 1,402.58 | $ 0.00 | $ 1,402.58 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,821.68 |
| | Remaining Balance | | $ | 2,040.38 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 75.05 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,965.33 .

Prepared By: /s/ David R. Brown
Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*WHEATON, IL  60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-47528-DRC
Stacy L Hawkins                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales              Page 1 of 3               Date Rcvd: Jun 10, 2013
                              Form ID: pdf006              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2013.
```
db          +Stacy L Hawkins,    18 W 124 14th St,    Villa Park, IL 60181-3602
14855021    +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
              Wilmington, DE 19899-8833
14855022   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
              Norcross, GA 30091)
14855023    +Consolidated Resorts,    801 S Rampart Blvd Ste 2,    Las Vegas, NV 89145-4898
14855025    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14855026    +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
14855033    +Medical Business Burea,    1460 Renaissance D,    Park Ridge, IL 60068-1349
19927539     Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
14855034    +Nationwide Credit & Co,    Attn: Bankruptcy,    9919 W Roosevelt Rd Ste 101,
              Westchester, IL 60154-2771
14855041    +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
14855043    +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
14855044   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wfs Financial/Wachovia Dealer Services,    Po Box 19657,
              Irvine, CA 92623)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18548492     E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2013 02:30:24     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14855024    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2013 02:26:46     Gemb/jcp,    Attention: Bankruptcy,
              Po Box 103106,    Roswell, GA 30076-9106
14855040    +E-mail/Text: clientservices@northwestcollectors.com Jun 11 2013 02:13:55      Northwest Collectors,
              3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3143
19927540     E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2013 02:26:29     Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14855042    +Fax: 866-419-3894 Jun 11 2013 03:51:13      U.S. Cellular,    PO Box 0203,
              Palatine, IL 60078-0203
                                                                                                TOTAL: 5
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Kenneth B Gore
aty          Springer Brown Covey Gaertner & Davis LLC
14855027*   +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
14855028*   +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
14855029*   +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
14855030*   +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
14855031*   +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
14855032*   +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
14855035*   +Nationwide Credit & Co,    Attn: Bankruptcy,    9919 W Roosevelt Rd Ste 101,
              Westchester, IL 60154-2771
14855036*   +Nationwide Credit & Co,    Attn: Bankruptcy,    9919 W Roosevelt Rd Ste 101,
              Westchester, IL 60154-2771
14855037*   +Nationwide Credit & Co,    Attn: Bankruptcy,    9919 W Roosevelt Rd Ste 101,
              Westchester, IL 60154-2771
14855038*   +Nationwide Credit & Co,    Attn: Bankruptcy,    9919 W Roosevelt Rd Ste 101,
              Westchester, IL 60154-2771
14855039*   +Nationwide Credit & Co,    Attn: Bankruptcy,    9919 W Roosevelt Rd Ste 101,
              Westchester, IL 60154-2771
                                                                                      TOTALS: 2, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: ccabrales          Page 2 of 3              Date Rcvd: Jun 10, 2013
                              Form ID: pdf006          Total Noticed: 17
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2013**              **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: ccabrales            Page 3 of 3             Date Rcvd: Jun 10, 2013
                              Form ID: pdf006            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2013 at the address(es) listed below:

        Alan C Mendelson    on behalf of Trustee David R Brown, ESQ amende77@aol.com
        David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com, marigonzo@springerbrown.com;jill@springerbrown.com
        David  Brown, ESQ    on behalf of Spec. Counsel Renee T Vogt dbrown@springerbrown.com, marigonzo@springerbrown.com;jill@springerbrown.com
        David R Brown, ESQ    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
        David R Brown, ESQ    on behalf of Spec. Counsel Renee T Vogt dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
        Martin A. Lear    on behalf of Debtor Stacy L Hawkins notice@billbusters.com, billbusters@bestclientinc.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                           TOTAL: 7