# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
STACY L HAWKINS                                 §        Case No. 09-47528
                                                §
                    Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN                , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN _____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| STACY L HAWKINS |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Select Portfolio Svcin Po Box 65250 Salt Lake City, UT 84165 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfs Financial/Wachovia Dealer Services Po Box 19657 Irvine, CA 92623 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| Congressional Bank | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| RENEE T. VOGT | | | | | |
| RENEE T. VOGT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Consolidated Resorts 801 S Rampart Blvd Ste 2 Las Vegas, NV 89145 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Illinois Collection Se 8231 W. 185th St. Ste. 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se 8231 W. 185th St. Ste. 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se 8231 W. 185th St. Ste. 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se 8231 W. 185th St. Ste. 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se 8231 W. 185th St. Ste. 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se 8231 W. 185th St. Ste. 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se 8231 W. 185th St. Ste. 100 Tinley Park, IL 60487 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Business Burea 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Nationwide Credit & Co Attn: Bankruptcy 9919 W Roosevelt Rd Ste 101 Westchester, IL 60154 | | | | | |
| | Nationwide Credit & Co Attn: Bankruptcy 9919 W Roosevelt Rd Ste 101 Westchester, IL 60154 | | | | | |
| | Nationwide Credit & Co Attn: Bankruptcy 9919 W Roosevelt Rd Ste 101 Westchester, IL 60154 | | | | | |
| | Nationwide Credit & Co Attn: Bankruptcy 9919 W Roosevelt Rd Ste 101 Westchester, IL 60154 | | | | | |
| | Nationwide Credit & Co Attn: Bankruptcy 9919 W Roosevelt Rd Ste 101 Westchester, IL 60154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Credit & Co Attn: Bankruptcy 9919 W Roosevelt Rd Ste 101 Westchester, IL 60154 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 | | | | | |
| | U.S. Cellular PO Box 0203 Palatine, IL 60055-0203 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| 1 | GE CAPITAL RETAIL BANK | | | | | |
| 2 | US DEPT OF EDUCATION | | | | | |
| | GE CAPITAL RETAIL BANK | | | | | |
| | US DEPT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 09-47528 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
| Case Name: | STACY L HAWKINS | | | | Date Filed (f) or Converted (c): | 12/16/2009 (f) |
| | | | | | 341(a) Meeting Date: | 01/26/2010 |
| For Period Ending: | 09/23/2013 | | | | Claims Bar Date: | 04/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Real Estate Located at 18W124 14th Street, Villa P | 104,766.00 | 0.00 | | 0.00 | FA |
| 2.  Checking Account with Chase | 100.00 | 100.00 | | 0.00 | FA |
| 3.  Savings Account with Chase | 100.00 | 100.00 | | 0.00 | FA |
| 4.  Miscellaneous Household Goods | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 5.  Personal Used Clothing | 500.00 | 500.00 | | 0.00 | FA |
| 6.  Employer Term Life Insurance - No Cash Surrender V | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Pending Personal Injury Lawsuit Attorney Renee T. | 0.00 | 0.00 | | 22,557.00 | FA |
| 8.  2002 Chrysler PT Cruiser - 103,000 Miles Per Kelle | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 9.  1982 Honda Motorcycle - Completely Wrecked - No Cu | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $108,466.00     $3,700.00     $22,557.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaits resolution of personal injury suit

Initial Projected Date of Final Report (TFR): 09/15/2011     Current Projected Date of Final Report (TFR): 06/30/2013

Case 09-47528 Doc 49 Filed 09/23/13 Entered 09/23/13 13:56:09 Desc Main
Document Page 10 of 13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-47528
Case Name: STACY L HAWKINS

Taxpayer ID No: XX-XXX7606
For Period Ending: 09/23/2013

Trustee Name: DAVID R. BROWN
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX6047
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/12 | 7 | ZENOFF & ZENOFF CHARTERED TRUST ACC 53 W. Jackson BlvdSuite 1140Chicago, IL 60604 | | 1142-000 | $500.00 | | $500.00 |
| 03/14/13 | 7 | Allstate PO Box 650048 Dallas, TX 75265 | uninsured motorist claim | 1142-000 | $22,057.00 | | $22,557.00 |
| 04/17/13 | 101 | RENEE T. VOGT 134 N LaSalle Street Suite 2208 Chicago, IL 60602 | compensation to special counsel Per Order of April 12, 2013 | | | $7,777.33 | $14,779.67 |
| | | VOGT, RENEE T. | compensation to special counsel ($7,352.33) | 3210-000 | | | |
| | | VOGT, RENEE T. | expenses to special counsel ($425.00) | 3220-000 | | | |
| 04/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | service charge | 2600-000 | | $13.37 | $14,766.30 |
| 05/09/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | | 2600-000 | | $21.57 | $14,744.73 |
| 05/22/13 | | Transfer to Acct # xxxxxx7346 | Transfer of Funds | 9999-000 | | $14,744.73 | $0.00 |

COLUMN TOTALS $22,557.00 $22,557.00
Less: Bank Transfers/CD's $0.00 $14,744.73
Subtotal $22,557.00 $7,812.27
Less: Payments to Debtors $0.00 $0.00
Net $22,557.00 $7,812.27

Page Subtotals: $22,557.00 $22,557.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-47528 | Trustee Name: DAVID R. BROWN |
| Case Name: STACY L HAWKINS | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7346 |
| | Checking |
| Taxpayer ID No: XX-XXX7606 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/22/13 | | Transfer from Acct # xxxxxx6047 | Transfer of Funds | 9999-000 | $14,744.73 | | $14,744.73 |
| 07/01/13 | 1001 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>WHEATON, IL  60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,809.43 | $11,935.30 |
| 07/01/13 | 1002 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,073.50 | $8,861.80 |
| 07/01/13 | 1003 | US DEPT OF EDUCATION<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX  75403 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $5,480.58 | $3,381.22 |
| | | | ($61.48) | 7990-000 | | | |
| | | US DEPT OF EDUCATION | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($5,419.10) | 7100-000 | | | |
| 07/01/13 | 1004 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | (1-1) JCPENNEY CREDIT SERVICES or | | | $1,418.49 | $1,962.73 |
| | | | ($15.91) | 7990-000 | | | |
| | | GE CAPITAL RETAIL BANK | (1-1) JCPENNEY CREDIT SERVICES or ($1,402.58) | 7100-000 | | | |
| 07/01/13 | 1005 | STACY L HAWKINS<br>18 W 124 14TH ST<br>VILLA PARK, IL  60181 | Distribution of surplus funds to debtor. | 8200-002 | | $1,962.73 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $14,744.73 | $14,744.73 |
| Less: Bank Transfers/CD's | $14,744.73 | $0.00 |
| Subtotal | $0.00 | $14,744.73 |
| Less: Payments to Debtors | $0.00 | $1,962.73 |
| Page Subtotals: | $14,744.73 | $14,744.73 |

Page:      3

$0.00         $12,782.00

Exhibit 9

Page Subtotals:                                    $0.00            $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6047 - Checking Account | $22,557.00 | $7,812.27 | $0.00 |
| XXXXXX7346 - Checking | $0.00 | $12,782.00 | $0.00 |
| | $22,557.00 | $20,594.27 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $22,557.00 |
| Total Gross Receipts: | $22,557.00 |